IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| JEANNIE MOSS, ET AL., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 2:12CV00204 SWW |
| | * | |
| CRESTPARK DEWITT, LLC, ET AL., | * | |
| | * | |
| Defendants | * | |

**Order**

The trial in this matter will commence at **9:30 a.m.** on the previously scheduled date of **MONDAY, MARCH 10, 2014, in Little Rock, Arkansas, in Courtroom A530** by agreement of the parties. Counsel should be present at 9:00 a.m. for pretrial matters.

IT IS SO ORDERED this 10th day of January, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE